FILED FOR RECORD 08/29/2023 16:20:47
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

# HURRICANE IDA CASE

## 24th JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

DOCKET NO.:

8 4 6 5 9 4

DIV. ""

### PARIS ROAD SHOPPING CENTER, L.L.C. AND
### AZALEA GARDEN PROPERTIES, LLC

### VERSUS

### CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE/POLICY NO. AMR-66767-02, INDIAN HARBOR INSURANCE COMPNAY, QBE INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPNAY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, AND TRANSVERSE SPECIALTY INSURANCE COMPANY

FILED: _____          _____
                                                    DEPUTY CLERK

## PETITION FOR BREACH OF INSURANCE POLICY AND BAD FAITH DAMAGES

Plaintiffs, Paris Road Shopping Center, L.L.C. and Azalea Garden Properties, LLC, aver the following in support of their Petition for Breach of Insurance Policy and Bad Faith Damages:

### PARTIES

1.

Paris Road Shopping Center, L.L.C. ("Paris Road"), is a Louisiana limited liability company and a named insured on various insurance policies issued by Defendants providing coverage for physical building damage, business income/business interruption, business personal property damage, and other losses sustained by Paris Road.

2.

Azalea Garden Properties, LLC ("Azalea Garden") is a limited liability company and a named insured on various insurance policies issued by Defendants providing coverage for physical building damage, business income/business interruption, business personal property damage, and other losses sustained by Azalea Garden. Hereafter, collectively, Paris Road and Azalea Garden are hereafter referred to as the "Insureds."

EXHIBIT 1

3.

Defendants are:

a. Certain Underwriters at Lloyds, London, a foreign insurance company, through its various syndicates as described in the subject insurance policy, subscribing to Certificate No. AMR-66767-02;

b. Indian Harbor Insurance Company, a foreign insurance company, whose insurance policy number is AMP7536435-02;

c. QBE Specialty Insurance Company, a foreign insurance company, whose insurance policy number is MSP-28032-02;

d. Steadfast Insurance Company, a foreign insurance company, whose insurance policy number is CPP1062644-02;

e. General Security Indemnity Company of Arizona, a foreign insurance company, whose insurance policy number is CPP1062644-02;

f. United Specialty Insurance Company, a foreign insurance company, whose insurance policy number is USI-24975-02;

g. Lexington Insurance Company, a foreign insurance company, whose insurance policy number is LEX-014714399-02;

h. HDI Global Specialty SE, a foreign insurance company, whose insurance policy number is HAN-22345-02;

i. Old Republic Union Insurance Company, a foreign insurance company, whose insurance policy number is ORAMPR007262-02;

j. GeoVera Specialty Insurance Company, a foreign insurance company, whose insurance policy number is GVS-12372-00; and.

k. Transverse Specialty Insurance Company, a foreign insurance company, whose insurance policy number is TSAMPR0001844-00.

All insurance companies identified in subparagraphs a-k above are hereafter referred to as the "Insurance Defendants."

4.

A community of interest exists between the Insurance Defendants as they share the underwriting of the policies at issue in this case as well as the same claims adjuster.

## JURISDICTION AND VENUE

5.

This Court has subject matter jurisdiction over this matter pursuant to Louisiana Constitution Article V, § 16.

6.

Pursuant to article 76 of the Louisiana Code of Civil Procedure, venue is proper in this Parish because it is where the loss to one of the insured properties located at 519 Lauricella Avenue, Jefferson Louisiana 70121 occurred, and it also is the parish of domicile for both Plaintiffs as insureds under the Policy.

## FACTS

7.

Paris Road owns a retail shopping center located at 3300 Paris Road, Chalmette, Louisiana.

8.

Azalea Garden operates residential rental homes located at 519 Lauricella Avenue, Jefferson Louisiana 70121.

9.

Parish Road and Azalea Garden are named insureds under various insurance policies/certificates issued by the Insurance Defendants to "Sizeler Realty Company, Inc. (etal)" [sic] as fully described in Paragraph 3 a.-k. above. Hereafter, the insurance policies/certificates described in Paragraph 2 a.-k. above are hereafter referred to as the "Policies." The Policies were effective from May 1, 2021 through May 1, 2022, so they each provided coverage to the insured locations at the time Hurricane Ida made landfall in Louisiana on August 29, 2021. Both 3300 Paris Road, Chalmette, Louisiana and 519 Lauricella Avenue, Jefferson, Louisiana are insured locations (the "Insured Locations") under the Policies.

3

10.

The Policies provided, among other things, the following types of insurance coverage for the Insureds' Insured Locations:

    a.    property/casualty damage;

    b.    business income/interruption; and

    c.    business personal property.

11.

Hurricane Ida made landfall in Southeast Louisiana on August 29, 2021, as a Category 4 hurricane. The Insureds each suffered damage from Hurricane Ida.

12.

The losses sustained at the Insured Locations are all covered under the Policies.

13.

The Insureds timely notified the Insurance Defendants of its Hurricane Ida-related losses. The Insurance Defendants retained Sedgwick Claims Management Services, Inc., or its related or affiliated companies, to adjust the losses to the Insured Locations and assigned it Claim No. CLM40276.

14.

The Insureds each submitted satisfactory proof of loss to the Insurance Defendants its damages occasioned by Hurricane Ida.

15.

Pursuant to the Sedgwick Report dated August 16, 2022, the adjuster for the Insurance Defendants determined that the insured location for Paris Road suffered a loss with depreciation in the amount of $434,854.48. *See* Aug. 16, 2022 report, attached as Exhibit 1. The Insurance Defendants provided payment to Paris Road in the amount of $373,393.38, but the Insurance Defendants have not tendered the recoverable depreciation of $61,461.10 for Paris Road, despite repairs being made by Paris Road to the insured location.

16.

Pursuant to the same Sedgwick Report, the adjuster for the Insurance Defendants

determined that the insured location for Azalea Garden suffered a loss with depreciation in the amount of $908,079.28. *Id.* The Insurance Defendants provided payment to Azalea Garden in the amount of $810635.57, but the Insurance Defendants have not tendered the recoverable depreciation of $97,443.71 for Azalea Garden, despite repairs being made by Azalea Garden to the insured location.

17.

The Insureds each separate made demands upon the Insurance Defendants by letter dated April 25, 2023, for the recoverable depreciation. A true and correct copy of these demands are attached as *en globo* Exhibit 2.

18.

Despite demand being made by the Insureds, the Insurance Defendants have not tendered the recoverable depreciation to either Insured.

## CLAIM 1: BREACH OF INSURANCE POCLICIES FOR NONPAYMENT OF INSURANCE PROCEEDS

19.

The Insureds adopt and incorporate the allegations and information contained in the foregoing paragraphs as if copied herein *in extenso*.

20.

The Insureds have each provided the Insurance Defendants with satisfactory proof of loss as to the losses that it sustained as a result the damages caused by Hurricane Ida at the insured locations.

21.

The Insurance Defendants acknowledged that they owe recoverable depreciation to Paris Road and Azalea Garden by report dated August 16, 2022. Despite receiving demand from the Insureds for the recoverable depreciation, the Insurance Defendants have not paid same.

22.

By failing to fully and timely pay the Insureds for all the losses that each has sustained to their respective insured location as a result of Hurricane Ida, including recoverable depreciation, the Insurance Defendants have breached each of their respective Policies. Consequently, the

Insurance Defendants owe the Insureds all outstanding amounts, plus pre-judgment and post-judgment interest, in addition to bad faith penalties and consequential damages as provided below.

## CLAIM 2: BAD FAITH PENALTIES AND CONSEQUENTIAL DAMAGES

23.

The Insureds adopt and incorporate the allegations and information contained in the foregoing paragraphs as if copied herein *in extenso*.

24.

Pursuant to Louisiana Revised Statute § 22:1892, the Insurance Defendants were obligated to pay the Insureds any amounts owed within 30 days of receipt of proof of loss and have failed to do so.

25.

The Insurance Defendants have not paid the full amount of the Insureds' respective claim, including recoverable depreciation

26.

As a result of this failure, which was arbitrary, capricious and without probable cause, the Insurance Defendants are liable for all amounts due under the Policies for the Insureds losses, in addition to attorneys' fees and costs, and 50% of the amount found to be owed as a statutory penalty pursuant to Louisiana Revised Statute § 22:1892.

27.

Pursuant to Louisiana Revised Statute § 22:1973(A), the Insurance Defendants owed the Insurers a duty of good faith and fair dealing and had an affirmative duty to adjust its claims fairly and promptly and to make a reasonable offer to settle. Because the Insurance Defendants have each breached its respective duty, the Insurance Defendants are liable to the Insureds for all damages as a result of their breach.

28.

Pursuant to Louisiana Revised Statute § 22:1973(B), the Insurance Defendants breached their respective duties of good faith and fair dealing and their affirmative duty to adjust claims fairly and promptly when they failed to pay the Insureds within 60 days of receipt of satisfactory

6

proof of loss. Such failure was arbitrary, capricious and without probable cause. As a result, and pursuant to Louisiana Revised Statute § 22:1973, the Insurance Defendants are liable for penalties in the amount of two times the damages sustained by the Insureds.

## DEMAND FOR JURY TRIAL

### 30.

The Insureds requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Paris Road Shopping Center, L.L.C. and Azalea Garden Properties, LLC respectfully pray that:

a.  The Insurance Defendants be held liable for all amounts due under the Policies, for all losses, together with all consequential damages as a result of the Insurance Defendants' breach, and failure to pay within 30 and 60 days of proof of loss, including attorneys' fees, and all statutory penalties, including any and all applicable multipliers, together with pre-judgment interest from the time payments were due and post-judgment interest; and

b.  Any other equitable and general relief the nature of this case will allow.

STEVEN I. KLEIN, #7442
RYAN O. LUMINAIS, #30605
CURTIS J. CASE, #39413
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
PARISH ROAD SHOPPING CENTER, LLC
AND AZALEA GARDEN PROPERTIES, LLC**

### [SERVICE INFORMATION ON NEXT PAGE]

**Certain Underwriters at Lloyd's, London subscribing to Certificate/Policy No. AMR-66767-02**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809
**Indian Harbor Insurance Company**

7

Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**QBE Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Steadfast Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**General Security Indemnity Company of Arizona**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**United Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Lexington Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**HDI Global Specialty SE**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Old Republic Union Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

[SERVICE INFORMATION CONTINUED]

**GeoVera Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Transverse Specialty Insurance Company**

Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**QBE Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**Steadfast Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**General Security Indemnity Company of Arizona**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**United Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**Lexington Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**Old Republic Union Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**GeoVera Specialty Insurance Company**
Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

[SERVICE INFORMATION CONTINUED ON NEXT PAGE]

**Transverse Specialty Insurance Company**

9

Through its agent for service of process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

10

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.