UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PARIS ROAD SHOPPING CENTER, LLC,** | * | |
| **AZALEA GARDEN PROPERTIES, LLC** | * | **CIVIL ACTION NO.: 2:23-cv-5770** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **CERTAIN UNDERWRITERS AT LLOYD'S** | * | |
| **LONDON, SUBSCRIBING TO** | * | |
| **CERTIFICATE/POLICY AMR-66767-02,** | * | **MAGISTRATE:** |
| **INDIAN HARBOR INSURANCE COMPNAY,** | * | |
| **QBE INSURANCE COMPANY,** | * | |
| **STEADFAST INSURANCE COMPANY,** | * | |
| **GENERAL SECURITY INDEMNITY** | * | |
| **COMPNAY OF ARIZONA, UNITED** | * | |
| **SPECIALTY INSURANCE COMPANY,** | * | |
| **LEXINGTON INSURANCE COMPANY,** | * | |
| **HDI GLOBAL SPECIALTY SE, OLD** | * | |
| **REPUBLIC UNION INSURANCE COMPANY,** | * | |
| **GEOVERA SPECIALTY INSURANCE** | * | |
| **COMPANY, AND TRANSVERSE** | * | |
| **SPECIALTY INSURANCE COMPANY**[1] | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL

The undersigned counsel of record for defendants, Certain Underwriters at Lloyd's, London Subscribing to Certificate/Policy no. AMR-66767-02, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, certifies that, in compliance with 9 U.S.C. § 201, *et seq.*, a copy of the Notice of Removal of this action was filed with the Clerk of

---

[1] This caption reflects the spellings of the parties as filed with the state court, including the misspellings of Indian Harbor Insurance Company and General Security Indemnity Company of Arizona.

the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. This filing occurred on 4 October 2023.

The undersigned further certifies that, in compliance with the requirements of 9 U.S.C. § 201 *et seq.*, written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court. This Notice was given on 4 October 2023.

| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, email, or other electronic transmission this the 4 October 2023.<br><br>*/s/ Bryce M. Addison* | Respectfully Submitted,<br><br>**DEUTSCH KERRIGAN, LLP**<br><br>BY:   */s/ Bryce M. Addison*<br>**SEAN P. MOUNT, #27584**<br>**smount@deutschkerrigan.com**<br>**BRYCE M. ADDISON, #36345**<br>**baddison@deutschkerrigan.com**<br>**TALBOT M. QUINN, #36632**<br>**tquinn@deutschkerrigan.com**<br>755 Magazine Street<br>New Orleans, LA 70130<br>Phone: 504-581-5141<br>Attorneys for defendants, Certain Underwriters at Lloyd's, London Subscribing to Certificate/Policy no. AMR-66767-02, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company |
|---|---|